<u>**CRIMINAL CAUSE FOR JURY SELECTION & TRIAL**</u>
**BEFORE JUDGE:  HURLEY, J.      DATE: <u>MARCH 28, 2017</u>      TIME:   <u>9:30 - 11:30, 1:30-4:45</u>**
**DOCKET NUMBER: <u>CR-14-0403</u>          <u>USA   V.  ATIAS,  ET AL.</u>**


<u>**DEFT. NAME: SOFIA ATIAS**</u>          **DFT # 1**
   **X _PRESENT, _NOT PRESENT,__IN CUSTODY, <u>X</u>  ON BAIL**
      **ATTY FOR DEFT.:    <u>ROBERT LARUSSO</u>**
             **X_PRESENT,  __NOT PRESENT**


<u>**DEFT. NAME: JOSEPH ATIAS**</u>       **DFT #2**
   **<u>X</u> PRESENT, _NOT PRESENT,__IN CUSTODY,    <u>X</u>  ON BAIL**
      **ATTY FOR DEFT.:  JEFFREY SCHWARTZ**
             **<u>X</u> PRESENT,  __NOT PRESENT**


   **A.U.S.A.:  CHARLES KELLY, BURTON RYAN**
   **DEPUTY CLERK:     LISA LUNDY**
    **COURT REPORTER(S) OR ESR OPERATOR:   DOMINICK TURSI**
    **PROBATION:**
    **INTERPRETER:**

__X____  CASE CALLED              _____  JURORS SELECTED     _____JURORS SWORN

___X___  COUNSEL FOR ALL SIDES PRESENT

_____COUNSEL FOR  _____  NOT PRESENT

_____TRIAL BEGINS

_____PLAINTIFF OPENS           _____ DEFENDANT OPENS

___X____  JURY TRIAL HELD

___X____  JURY TRIAL CONTINUED TO    3/29/2017 AT 9:30 A.M.

_____ GOVERNMENT RESTS                _____ DEFENDANT RESTS

___X___GOVERNMENT SUMMATIONS      __X____ DEFENDANT SUMMATIONS
           REBUTTAL

__X___ JURY TRIAL ENDS

___X___JURY CHARGED AND DELIBERATIONS BEGIN     _____ JURY DELIBERATIONS CONTINUE

_____ PLAINTIFFS VERDICT          _____ DEFENDANTS VERDICT