**CRIMINAL CAUSE FOR JURY SELECTION & TRIAL**
**BEFORE JUDGE:  HURLEY, J.     DATE: MARCH 29, 2017        TIME:  9:30 -4:15**
**DOCKET NUMBER: CR-14-0403            USA    V.  ATIAS, ET AL.**

**DEFT. NAME: SOFIA ATIAS             DFT # 1**
  **X _PRESENT, _NOT PRESENT,_IN CUSTODY,_X_ ON BAIL**
     **ATTY FOR DEFT.:    ROBERT LARUSSO**
              **X_PRESENT,  __NOT PRESENT**


**DEFT. NAME: JOSEPH ATIAS         DFT #2**
  **X PRESENT, _NOT PRESENT,_IN CUSTODY,   _X  ON BAIL**
     **ATTY FOR DEFT.:  JEFFREY SCHWARTZ**
              **X PRESENT,  __NOT PRESENT**


  **A.U.S.A.:  CHARLES KELLY, BURTON RYAN**
  **DEPUTY CLERK:     LISA LUNDY**
  **COURT REPORTER(S) OR ESR OPERATOR:   DOMINICK TURSI**
  **PROBATION:_____**
  **INTERPRETER:**

__X____   CASE CALLED                 _____   JURORS SELECTED       _____JURORS SWORN

___X___  COUNSEL FOR ALL SIDES PRESENT

_____COUNSEL FOR  _____ NOT PRESENT

_____TRIAL BEGINS

_____PLAINTIFF OPENS              _____ DEFENDANT OPENS

_____ JURY TRIAL HELD

__X____  JURY TRIAL CONTINUED TO    3/30/2017 AT 9:30 A.M.

_____ GOVERNMENT RESTS               _____ DEFENDANT RESTS

_____GOVERNMENT SUMMATIONS        _____ DEFENDANT SUMMATIONS


__X___  JURY TRIAL ENDS

___X___JURY CHARGED AND DELIBERATIONS BEGIN        _____ JURY DELIBERATIONS CONTINUE

_____ PLAINTIFFS VERDICT            _____ DEFENDANTS VERDICT