<u>CRIMINAL CAUSE FOR JURY SELECTION & TRIAL</u>
BEFORE JUDGE: <u>HURLEY, J.</u>      DATE: <u>MARCH 30, 2017</u>      TIME: <u>9:30 - 2:30</u>
DOCKET NUMBER: <u>CR-14-0403</u>          <u>USA   V.   ATIAS, ET AL.</u>

<u>DEFT. NAME: SOFIA ATIAS</u>          DFT # 1
  X _PRESENT, _NOT PRESENT,_IN CUSTODY, <u>X</u> ON BAIL
     ATTY FOR DEFT.:<u>   ROBERT LARUSSO</u>
              X_PRESENT, __NOT PRESENT


<u>DEFT. NAME: JOSEPH ATIAS</u>          DFT #2
  <u>X</u> PRESENT, _NOT PRESENT,_IN CUSTODY, <u>   X   ON</u> BAIL
     ATTY FOR DEFT.:  <u>JEFFREY SCHWARTZ</u>
              <u>X</u> PRESENT, __NOT PRESENT


  <u>A.U.S.A.:</u>  <u>CHARLES KELLY, BURTON RYAN</u>
  DEPUTY CLERK:<u>     LISA LUNDY</u>
  COURT REPORTER(S) OR ESR OPERATOR:   DOMINICK TURSI
  PROBATION:<u>_____</u>
  INTERPRETER:

__X____   CASE CALLED              _____   JURORS SELECTED      _____JURORS SWORN

___X___   COUNSEL FOR ALL SIDES PRESENT

_____COUNSEL FOR _____   NOT PRESENT

_____TRIAL BEGINS

_____PLAINTIFF OPENS            _____ DEFENDANT OPENS

_____ JURY TRIAL HELD

_____ JURY TRIAL CONTINUED TO

_____ GOVERNMENT RESTS            _____ DEFENDANT RESTS

____GOVERNMENT SUMMATIONS       _____ DEFENDANT SUMMATIONS


_____ JURY TRIAL ENDS

_____JURY CHARGED AND DELIBERATIONS BEGIN     ___X____ JURY DELIBERATIONS CONTINUE

_____ PLAINTIFFS VERDICT          _____ DEFENDANTS VERDICT


JURY VERDICT GUILTY ON COUNTS 1,2 AND 4  AND NOT GUILTY ON COUNT 3 AS TO BOTH DEFENDANTS
SOFIA ATIAS AND JOSEPH ATIAS .
THE GOVERNMENT REQUESTS REMAND APPLICATION GRANTED AS TO JOSEPH ATIAS; DEFENDANT
JOSEPH ATIAS REMANDED; DEFENSE COUNSEL SHALL FILE A LETTER TO THE COURT TOMORROW BY 5:00
P.M. INDICATING THE AMOUNT OF EQUITY IN THE HOME OF THE DEFENDANT'S MOTHER FOR AN
ADDITION $250,000.00 TO BE POSTED TO THE $600,000.00 SECURED BOND THAT IS CURRENTLY IN PLACE.
DEFENDANT SOFIA ATIAS IS RELEASED ON THE CURRENT BOND.