CRIMINAL CAUSE FOR SENTENCE
BEFORE JUDGE: HURLEY, J.-    DATE: MARCH 30, 2018  TIME:1:00- 2:15
DOCKET NUMBER: CR-14-00403   CASE: USA   V.  ATIAS

DEFT. NAME: SOFIA ATIAS       DEF. #: 1
   X   PRESENT, _NOT PRESENT, __IN CUSTODY, X ON  BAIL
     ATTY FOR DEFT.: ROBERT   LARUSSO   RET
          X   PRESENT, _NOT PRESENT
A.U.S.A.: CHARLES KELLY , BURTON RYAN
COURT REPORTER(S) OR ESR OPERATOR: DOMINICK TURSI
PROBATION:     JENNIFER BAUMANN
 INTERPRETER:
COURTROOM DEPUTY      L. LUNDY

     CASE CALLED FOR SENTENCING ON COUNTS 1, 2 AND 4  OF THE
 SECOND SUPERSEDING INDICTMENT;
     THE DEFENDANT IS SENTENCED 28 MONTHS INCARCERATION ON COUNT
     1 ; 28 MONTHS ON COUNT 2 TO RUN CONCURRENTLY TO COUNT 1; 28 MONTHS
     ON COUNT 4 TO RUN CONCURRENTLY TO COUNTS 1 AND 2 ON THE SECOND
     SUPERSEDING INDICTMENT;
     WITH 3 YEARS SUPERVISED RELEASE TO FOLLOW WITH THE
     FOLLOWING SPECIAL CONDITIONS:
     - THE DEFENDANT SHALL COMPLY WITH THE RESTITUTION ORDER;
     - THE DEFENDANT SHALL COMPLY WITH THE FORFEITURE ORDER;
     -UPON REQUEST, THE DEFENDANT SHALL PROVIDE THE U.S. PROBATION
DEPARTMENT WITH FULL DISCLOSURE OF HER FINANCIAL RECORDS, INCLUDING
    CO-MINGLED INCOME, EXPENSES, ASSETS AND LIABILITIES, TO INCLUDE
 YEARLY  INCOME TAX RETURNS; RESTITUTION IS HELD IN ABEYANCE.
    -$300.00 SPECIAL ASSESSMENT SHALL BE PAID ON OR BEFORE 5/4/2018.
     THE FINE IS WAIVED.
     NO OPEN COUNTS;
     ORDER OF FORFEITURE EXECUTED;
     THE DEFENDANT SHALL SURRENDER AT THE DESIGNATED FACILITY ON
    3/27/2020 AT 2:00 P.M.
     THE DEFENDANT IS ADVISED OF HER RIGHT TO APPEAL.
     THE COURT RECOMMENDS TO THE BUREAU OF PRISONS THAT THE
     DEFENDANT  BE HOUSED AT A FACILITY CLOSE TO THE NEW YORK
     METROPOLITAN AREA.