

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| CPK<br>F. #2014R01372 | *610 Federal Plaza*<br>*Central Islip, New York 11722* |

July 22, 2020

Honorable Denis R. Hurley
United States District Judge
United States District Court
Eastern District of New York
934 Federal Plaza
Central Islip, New York 11722

        Re:    United States v. Sofia Atias
              <u>Criminal Docket No. 14-403 (S-2) (DRH)</u>

Dear Judge Hurley:

        The government respectfully submits this letter to request that a surrender date be set for defendant Sofia Atias ("Defendant"). Defendant was convicted by a jury of bank fraud, conspiracy to commit bank fraud and theft of government funds on March 30, 2017. On December 18, 2017, this Court denied Defendant's post-trial motions. On March 30, 2018, Defendant was sentenced to, inter alia, 28 months' imprisonment. This Court set Defendant's surrender date as March 27, 2020. On February 11, 2020, this Court continued Defendant's release until the appeal of her convictions was resolved. On April 1, 2020, the United States Court of Appeals for the Second Circuit affirmed this Court's judgment. Defendant then filed a petition for rehearing which was denied on July 15, 2020. The mandate issued on July 22, 2020. Accordingly, this Court has jurisdiction to set Defendant's surrender date. The United States requests that this Court set a surrender date of September 25, 2020 to the designated Bureau of Prisons facility and, if no designation has been made by that time, to the United States Marshal's Office.

        Respectfully submitted,

        SETH D. DuCHARME
        Acting United States Attorney

By:    <u>  /s/ Charles P. Kelly           </u>
        Charles P. Kelly
        Assistant U.S. Attorney
        (631) 715-7868

cc:    Defense Counsel (via ECF)