UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA, | **ORDER** |
| - against - | 2:14-cr-403-GRB-SIL-1<br>2:21-cv-5769-GRB |
| SOFIA ATIAS, | |
| Defendant. | |

----------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| - against - | 2:14-cr-403-GRB-SIL-2<br>2:21-cv-5785-GRB |
| JOSEPH ATIAS, | |
| Defendant. | |

----------------------------------------------------------------X

**FILED**
**CLERK**
1:24 pm, Nov 14, 2022
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

Defendants Sofia Atias and Joseph Atias having filed an appeal from the Order dated September 20, 2022, denying their 28 U.S.C. § 2255 motions to vacate, the Court declines to issue a certificate of appealability because there has been no "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); see *Matthews v. United States*, 682 F. 3d 180, 185 (2d Cir. 2012). The Court also finds, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the denial of this motion would not be taken in good faith, and therefore in forma pauperis status is denied for purpose of an appeal. *Coppedge v. United States*, 369 U.S. 438, 444-45 91962); *see Feliz v. United States*, 2002 WL 1964347, at *7 (S.D.N.Y. 2002).

Dated: Central Islip, New York       s/ Gary R. Brown
        November 14, 2022             Gary R. Brown
                                                         United States District Judge